## Elrod v. Commonwealth.

## English v. Commonwealth.

(Decided October 13, 1922.)

Appeals from McCracken Circuit Court.

Intoxicating Liquors—Defective Indictment.—An indictment under 2554a, Kentucky Statutes, charging defendant with selling intoxicating liquors "except for sacramental, medicinal, scientific or mechanical purposes" is fatally defective.

CROSSLAND & CROSSLAND for appellant.

CHAS. I. DAWSON, Attorney General, and THOS. B. McGREGOR, Assistant Attorney General, for appellee.

Opinion of the Court by Judge Clarke—Reversing.

The indictments in these two cases, attempting to charge the defendants with violating the prohibition act of 1920, being section 2554a of the 1922 edition of Kentucky Statutes, are fatally defective because the exceptions contained in the first section of the act were not negatived, as was held in Rickman v. Commonwealth, decided May 26, 1922, construing the same averments found in these indictments.

The court, therefore, erred in overruling demurrers to the indictments, and the judgments are reversed with directions for proceedings consistent herewith.